Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

COUNTY OF NASSAU, Respondent, v. JOSEPH P. DAY et al., as Trustees, Appellants, et al., Defendants.— Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

HELEN EIFERT, as Administratrix of the Estate of JOHN EIFERT, Deceased, Respondent, v. BURKARD BUILDERS, INC., et al., Appellants, et al., Defendants.—

Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

INDUSTRIAL WIPING CLOTH CO., INC., Appellant, v. ACE MACHINERY CORPORATION, Respondent.— Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

In the Matter of the Will of PHILIP DIETZ, Deceased. MAY PFLUG et al., Appellants; EMIL DIETZ et al., as Executors of PHILIP DIETZ, et al., Respondents.— Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

In the Matter of the Application of SAMUEL I. OSOFSKY for Reinstatement as an Attorney.— Present — Close, P. J., Hagarty, Johnston, Taylor and Lewis, JJ.

In the Matter of ALFRED J. WENTZ, an Attorney, Respondent. BROOKLYN BAR ASSOCIATION, Petitioner.— Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

SAMUEL LEVITEN, Respondent, v. JOSEPH REISMAN et al., Appellants.—

Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

MODERN INDUSTRIAL BANK, Respondent, v. BANK OF ATHENS TRUST COMPANY, Appellant.— Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

PURO FILTER CORPORATION OF AMERICA, Appellant, v. BLANCHE TREMBLEY, Respondent.— Present — Close, P. J., Hagarty, Carswell and Johnston, JJ.; Lewis, J., not voting.

ROSE QUAYTMAN, as Administratrix of the Estate of MARK QUAYTMAN, Deceased, et al., Appellants, v. LONG ISLAND RAIL ROAD COMPANY, Respondent.

Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.